The Hon. John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff <br><br> v. <br><br> ALONZO DOWNING, <br><br> Defendant. | NO. CR25-199-JHC <br><br> **ORDER CONTINUING TRIAL** |

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a nearly two-year investigation and there are multiple defendants charged in this, and the related matters, and there is a significant volume of discovery that is in the process of being produced and is to be produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial

Order Continuing Trial Date - 1
*United States v. Alonzo Downing* / CR25-199-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

proceedings or the trial itself as currently set. Specifically, the parties' briefing reflects the extensive discovery in this matter which includes legal process obtained in the investigation (e.g., search warrants, T-III pleadings), line sheets, transcripts, and audio files relating to pertinent intercepts from all three periods of T-III interception, surveillance photos, search photos, and reports relating to the investigation, as well as reports and photos/video relating to the execution of the October 30, 2024, searches. Given the scope and complexity of the underlying investigation, this case may also raise novel questions of law and fact.

Also, there remains to be prepared for production additional HSI reports relating to the later stages of the investigation, DEA Laboratory reports, body worn camera video, additional photos and videos relating to the October 30, 2024, searches, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and reports and materials generated by agencies other than HSI that have been involved in the investigation.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendant in a speedy trial.

///

///

///

Order Continuing Trial Date - 2
*United States v. Alonzo Downing* / CR25-199-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until September 28, 2026, at 1:30 p.m. The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that pretrial motions will be filed no later than June 29, 2026.

IT IS ORDERED.

DATED this 5th day of November, 2025.

*John H. Chun*

The Honorable John H. Chun
United States District Judge

Presented by:

 *s/ Michelle Jensen*
MICHELLE JENSEN
JOSEPH C. SILVIO
Assistant United States Attorneys

 *s/ Greg Geist*
GREG GEIST
Counsel for Alonzo Downing

Order Continuing Trial Date - 3
*United States v. Alonzo Downing* / CR25-199-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970